WEITSMAN RECYCLING  
15 W Main St  
Owego NY 13827

1414-4902  
ORG1:2100 SCRAN  
ORG2:500 SCRAN Driv  
EE ID: 40     DD

*Payrolls by Paychex, Inc.*

JAMES BANGHART  
143 SENECA TRAIL  
DINGMANS FERRY PA 18328

NON-NEGOTIABLE

FIVE STAR BANK  
PAYABLE IF DESIRED AT:  
ALL FIVE STAR BANK BANKS

## PERSONAL AND CHECK INFORMATION
James Banghart  
143 Seneca Trail  
Dingmans Ferry, PA 18328  
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 08/11/25 **to** 08/17/25  
**Check Date:** 08/22/25     **Check #:** 50381

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 1108.84 | 34654.87 |
| **NET PAY** | **1108.84** | **34654.87** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 27.7500 | 1110.00 | 1314.2500 | 35951.58 |
| | Overtime | 10.2500 | 41.6250 | 426.66 | 180.2500 | 7393.05 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 32.0000 | 876.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 50.2500 | | | 1606.5000 | |
| | **Total Hrs Worked** | 50.2500 | | | | |
| | **Gross Earnings** | | | 1536.66 | | 47400.63 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.14 | 2770.68 |
| Medicare | | 21.08 | 647.98 |
| Fed Income Tax | SMS | 155.20 | 4287.02 |
| PA Income Tax | | 44.63 | 1371.93 |
| PA Unemploy | | 1.08 | 33.20 |
| PA LSCRA-Lac L | | 3.00 | 108.00 |
| PA SCRAN-Lac In | | 14.54 | 446.89 |
| **TOTAL** | | 329.67 | 9665.70 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 15.37 | 367.82 |
| Dental 125 | 2.78 | 94.52 |
| Med 125 | 79.54 | 2602.08 |
| Vision 125 | 0.46 | 15.64 |
| **TOTAL** | 98.15 | 3080.06 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1108.84** | **34654.87** |

*Payrolls by Paychex, Inc.*  
0940 1414-4902 Weitsman Recycling • 15 W Main St • Owego NY 13827 • (607) 687-2780

WEITSMAN RECYCLING  
15 W Main St  
Owego NY  13827

1414-4902  
ORG1:2100 SCRAN  
ORG2:500 SCRAN Driv  
EE ID: 40            DD

JAMES BANGHART  
143 SENECA TRAIL  
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

FIVE STAR BANK  
PAYABLE IF DESIRED AT:  
ALL FIVE STAR BANK BANKS

## PERSONAL AND CHECK INFORMATION
James Banghart  
143 Seneca Trail  
Dingmans Ferry, PA  18328  
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 08/18/25 **to** 08/24/25  
**Check Date:** 08/29/25   **Check #:** 50693

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 1217.78 | 35872.65 |
| **NET PAY** | **1217.78** | **35872.65** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 27.7500 | 1110.00 | 1354.2500 | 37061.58 |
| | Overtime | 14.2500 | 41.6250 | 593.16 | 194.5000 | 7986.21 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 32.0000 | 876.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 54.2500 | | | 1660.7500 | |
| | **Total Hrs Worked** | 54.2500 | | | | |
| | **Gross Earnings** | | | 1703.16 | | 49103.79 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 100.46 | 2871.14 |
| Medicare | | 23.50 | 671.48 |
| Fed Income Tax | SMS | 191.47 | 4478.49 |
| PA Income Tax | | 49.75 | 1421.68 |
| PA Unemploy | | 1.19 | 34.39 |
| PA LSCRA-Lac L | | 3.00 | 111.00 |
| PA SCRAN-Lac In | | 16.20 | 463.09 |
| **TOTAL** | | 385.57 | 10051.27 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 17.03 | 384.85 |
| Dental 125 | 2.78 | 97.30 |
| Med 125 | 79.54 | 2681.62 |
| Vision 125 | 0.46 | 16.10 |
| **TOTAL** | 99.81 | 3179.87 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1217.78** | **35872.65** |

*Payrolls by Paychex, Inc.*  
0940  1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

WEITSMAN RECYCLING
15 W Main St
Owego NY  13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40          DD

Payrolls by Paychex, Inc.

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| James Banghart | | | | | Hourly | 40.0000 | 27.7500 | 1110.00 | 1394.2500 | 38171.58 |
| 143 Seneca Trail | | | | | Overtime | 2.2500 | 41.6250 | 93.66 | 196.7500 | 8079.87 |
| Dingmans Ferry, PA  18328 | | | | | Bonus | | | | | 1000.00 |
| **Employee ID:**  40 | | | | | Holiday | | | | 32.0000 | 876.00 |
| | | | | | PTO | | | | 80.0000 | 2180.00 |
| **Home Department:** 500 SCRAN Driver / 2100 SCRAN | | | | | **Total Hours** | 42.2500 | | | 1703.0000 | |
| | | | | | **Total Hrs Worked** | 42.2500 | | | | |
| **Pay Period:**  08/25/25 **to** 08/31/25 | | | | | **Gross Earnings** | | | 1203.66 | | 50307.45 |
| **Check Date:**  09/05/25   **Check #:**  51001 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| NET PAY ALLOCATIONS | | | | | Social Security | | | 69.50 | | 2940.64 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Medicare | | | 16.25 | | 687.73 |
| Check Amount | 0.00 | 0.00 | | | Fed Income Tax | SMS | | 93.86 | | 4572.35 |
| Chkg 525 | 0.00 | 0.00 | | | PA Income Tax | | | 34.41 | | 1456.09 |
| Chkg 022 | 879.77 | 36752.42 | | | PA Unemploy | | | 0.84 | | 35.23 |
| **NET PAY** | **879.77** | **36752.42** | | | PA LSCRA-Lac L | | | 3.00 | | 114.00 |
| | | | | | PA SCRAN-Lac In | | | 11.21 | | 474.30 |
| | | | | | **TOTAL** | | | 229.07 | | 10280.34 |
| | | | DEDUCTIONS | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| | | | | | 401k EE Pretax | | | 12.04 | | 396.89 |
| | | | | | Dental 125 | | | 2.78 | | 100.08 |
| | | | | | Med 125 | | | 79.54 | | 2761.16 |
| | | | | | Vision 125 | | | 0.46 | | 16.56 |
| | | | | | **TOTAL** | | | 94.82 | | 3274.69 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **879.77** | **36752.42** |

*Payrolls by Paychex, Inc.*

0940  1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

WEITSMAN RECYCLING  
15 W Main St  
Owego NY  13827

1414-4902  
ORG1:2100 SCRAN  
ORG2:500 SCRAN Driv  
EE ID: 40        DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

JAMES BANGHART  
143 SENECA TRAIL  
DINGMANS FERRY PA  18328

FIVE STAR BANK  
PAYABLE IF DESIRED AT:  
ALL FIVE STAR BANK BANKS

## PERSONAL AND CHECK INFORMATION
James Banghart  
143 Seneca Trail  
Dingmans Ferry, PA  18328  
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 09/01/25 **to** 09/07/25  
**Check Date:** 09/12/25  **Check #:** 51315

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 913.74 | 37666.16 |
| **NET PAY** | **913.74** | **37666.16** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 35.5000 | 27.7500 | 985.13 | 1429.7500 | 39156.71 |
| | Overtime | 1.0000 | 41.6250 | 41.63 | 197.7500 | 8121.50 |
| | Bonus | | | | | 1000.00 |
| | Holiday | 8.0000 | 27.7500 | 222.00 | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 44.5000 | | | 1747.5000 | |
| | **Total Hrs Worked** | 36.5000 | | | | |
| | **Gross Earnings** | | | 1248.76 | | 51556.21 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 72.29 | 3012.93 |
| Medicare | | 16.91 | 704.64 |
| Fed Income Tax | SMS | 99.22 | 4671.57 |
| PA Income Tax | | 35.80 | 1491.89 |
| PA Unemploy | | 0.87 | 36.10 |
| PA LSCRA-Lac L | | 3.00 | 117.00 |
| PA SCRAN-Lac In | | 11.66 | 485.96 |
| **TOTAL** | | 239.75 | 10520.09 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 12.49 | 409.38 |
| Dental 125 | 2.78 | 102.86 |
| Med 125 | 79.54 | 2840.70 |
| Vision 125 | 0.46 | 17.02 |
| **TOTAL** | 95.27 | 3369.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **913.74** | **37666.16** |

*Payrolls by Paychex, Inc.*  
0940 1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

WEITSMAN RECYCLING
15 W Main St
Owego NY  13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40           DD

*Payrolls by Paychex, Inc.*

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

NON-NEGOT  FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

**PERSONAL AND CHECK INFORMATION**
James Banghart
143 Seneca Trail
Dingmans Ferry, PA  18328
**Employee ID:**  40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:**  09/08/25 **to** 09/14/25
**Check Date:** 09/19/25     **Check #:** 51630

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 895.46 | 38561.62 |
| **NET PAY** | **895.46** | **38561.62** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 27.7500 | 1110.00 | 1469.7500 | 40266.71 |
| | Overtime | 2.7500 | 41.6250 | 114.47 | 200.5000 | 8235.97 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 42.7500 | | | 1790.2500 | |
| | **Total Hrs Worked** | 42.7500 | | | | |
| | **Gross Earnings** | | | 1224.47 | | 52780.68 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 70.78 | 3083.71 |
| Medicare | | 16.55 | 721.19 |
| Fed Income Tax | SMS | 96.33 | 4767.90 |
| PA Income Tax | | 35.05 | 1526.94 |
| PA Unemploy | | 0.86 | 36.96 |
| PA LSCRA-Lac L | | 3.00 | 120.00 |
| PA SCRAN-Lac In | | 11.42 | 497.38 |
| **TOTAL** | | 233.99 | 10754.08 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 12.24 | 421.62 |
| Dental 125 | 2.78 | 105.64 |
| Med 125 | 79.54 | 2920.24 |
| Vision 125 | 0.46 | 17.48 |
| **TOTAL** | 95.02 | 3464.98 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **895.46** | **38561.62** |

*Payrolls by Paychex, Inc.*
0940 1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

**WEITSMAN RECYCLING**
15 W Main St
Owego NY  13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40           DD

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

*Payrolls by Paychex, Inc.*
NON-NEGOTIABLE
NON-NEGOTIABLE

FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

**PERSONAL AND CHECK INFORMATION**
James Banghart
143 Seneca Trail
Dingmans Ferry, PA  18328
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 09/15/25 **to** 09/21/25
**Check Date:** 09/26/25   **Check #:** 51942

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 532.24 | 39093.86 |
| **NET PAY** | **532.24** | **39093.86** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 26.7500 | 27.7500 | 742.31 | 1496.5000 | 41009.02 |
| | Overtime | | | | 200.5000 | 8235.97 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 26.7500 | | | 1817.0000 | |
| | **Total Hrs Worked** | 26.7500 | | | | |
| | **Gross Earnings** | | | 742.31 | | 53522.99 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 40.89 | 3124.60 |
| Medicare | | 9.56 | 730.75 |
| Fed Income Tax | SMS | 39.05 | 4806.95 |
| PA Income Tax | | 20.25 | 1547.19 |
| PA Unemploy | | 0.52 | 37.48 |
| PA LSCRA-Lac L | | 3.00 | 123.00 |
| PA SCRAN-Lac In | | 6.60 | 503.98 |
| **TOTAL** | | 119.87 | 10873.95 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 7.42 | 429.04 |
| Dental 125 | 2.78 | 108.42 |
| Med 125 | 79.54 | 2999.78 |
| Vision 125 | 0.46 | 17.94 |
| **TOTAL** | 90.20 | 3555.18 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **532.24** | **39093.86** |

*Payrolls by Paychex, Inc.*
0940  1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

WEITSMAN RECYCLING
15 W Main St
Owego NY  13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40          DD

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

NON-NEGOT

*Payrolls by Paychex, Inc.*

### PERSONAL AND CHECK INFORMATION
James Banghart
143 Seneca Trail
Dingmans Ferry, PA  18328
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 09/22/25 **to** 09/28/25
**Check Date:** 10/03/25   **Check #:** 52261

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 999.90 | 40093.76 |
| **NET PAY** | **999.90** | **40093.76** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Hourly | 40.0000 | 27.7500 | 1110.00 | 1536.5000 | 42119.02 |
| | Overtime | 6.2500 | 41.6250 | 260.16 | 206.7500 | 8496.13 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 46.2500 | | | 1863.2500 | |
| | **Total Hrs Worked** | 46.2500 | | | | |
| | **Gross Earnings** | | | 1370.16 | | 54893.15 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 79.82 | 3204.42 |
| Medicare | | 18.67 | 749.42 |
| Fed Income Tax | SMS | 118.94 | 4925.89 |
| PA Income Tax | | 39.52 | 1586.71 |
| PA Unemploy | | 0.96 | 38.44 |
| PA LSCRA-Lac L | | 3.00 | 126.00 |
| PA SCRAN-Lac In | | 12.87 | 516.85 |
| **TOTAL** | | 273.78 | 11147.73 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| 401k EE Pretax | 13.70 | 442.74 |
| Dental 125 | 2.78 | 111.20 |
| Med 125 | 79.54 | 3079.32 |
| Vision 125 | 0.46 | 18.40 |
| **TOTAL** | 96.48 | 3651.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **999.90** | **40093.76** |

*Payrolls by Paychex, Inc.*
0940  1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780

WEITSMAN RECYCLING
15 W Main St
Owego NY 13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40          DD

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

---

**PERSONAL AND CHECK INFORMATION**
James Banghart
143 Seneca Trail
Dingmans Ferry, PA  18328
**Employee ID:** 40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 09/29/25 **to** 10/05/25
**Check Date:** 10/10/25   **Check #:** 52578

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 1292.67 | 41386.43 |
| **NET PAY** | **1292.67** | **41386.43** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 27.7500 | 1110.00 | 1576.5000 | 43229.02 |
| | Overtime | 17.0000 | 41.6250 | 707.63 | 223.7500 | 9203.76 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 57.0000 | | | 1920.2500 | |
| | **Total Hrs Worked** | 57.0000 | | | | |
| | **Gross Earnings** | | | 1817.63 | | 56710.78 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 107.56 | 3311.98 |
| Medicare | | 25.16 | 774.58 |
| Fed Income Tax | SMS | 216.40 | 5142.29 |
| PA Income Tax | | 53.26 | 1639.97 |
| PA Unemploy | | 1.27 | 39.71 |
| PA LSCRA-Lac L | | 3.00 | 129.00 |
| PA SCRAN-Lac In | | 17.35 | 534.20 |
| **TOTAL** | | 424.00 | 11571.73 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 18.18 | 460.92 |
| Dental 125 | 2.78 | 113.98 |
| Med 125 | 79.54 | 3158.86 |
| Vision 125 | 0.46 | 18.86 |
| **TOTAL** | 100.96 | 3752.62 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1292.67** | **41386.43** |

*Payrolls by Paychex, Inc.*
0940 1414-4902  Weitsman Recycling • 15 W Main St • Owego NY 13827 • (607) 687-2780

Case 5:25-bk-03022   Doc 4   Filed 10/22/25   Entered 10/22/25 20:58:59   Desc Main
Document    Page 8 of 9

WEITSMAN RECYCLING
15 W Main St
Owego NY  13827

1414-4902
ORG1:2100 SCRAN
ORG2:500 SCRAN Driv
EE ID: 40          DD

*Payrolls by Paychex, Inc.*

JAMES BANGHART
143 SENECA TRAIL
DINGMANS FERRY PA  18328

NON-NEGOTIABLE

FIVE STAR BANK
PAYABLE IF DESIRED AT:
ALL FIVE STAR BANK BANKS

NON-NEGOT

### PERSONAL AND CHECK INFORMATION
James Banghart
143 Seneca Trail
Dingmans Ferry, PA  18328
**Employee ID:**  40

**Home Department:** 500 SCRAN Driver / 2100 SCRAN

**Pay Period:** 10/06/25 **to** 10/12/25
**Check Date:** 10/17/25    **Check #:** 52892

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 525 | 0.00 | 0.00 |
| Chkg 022 | 793.55 | 42179.98 |
| **NET PAY** | **793.55** | **42179.98** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 39.2500 | 27.7500 | 1089.19 | 1615.7500 | 44318.21 |
| | Overtime | | | | 223.7500 | 9203.76 |
| | Bonus | | | | | 1000.00 |
| | Holiday | | | | 40.0000 | 1098.00 |
| | PTO | | | | 80.0000 | 2180.00 |
| | **Total Hours** | 39.2500 | | | 1959.5000 | |
| | **Total Hrs Worked** | 39.2500 | | | | |
| | **Gross Earnings** | | | 1089.19 | | 57799.97 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 62.40 | 3374.38 |
| Medicare | | 14.59 | 789.17 |
| Fed Income Tax | SMS | 80.26 | 5222.55 |
| PA Income Tax | | 30.90 | 1670.87 |
| PA Unemploy | | 0.76 | 40.47 |
| PA LSCRA-Lac L | | 3.00 | 132.00 |
| PA SCRAN-Lac In | | 10.06 | 544.26 |
| **TOTAL** | | 201.97 | 11773.70 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 10.89 | 471.81 |
| Dental 125 | 2.78 | 116.76 |
| Med 125 | 79.54 | 3238.40 |
| Vision 125 | 0.46 | 19.32 |
| **TOTAL** | 93.67 | 3846.29 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **793.55** | **42179.98** |

*Payrolls by Paychex, Inc.*
0940 1414-4902  Weitsman Recycling • 15 W Main St • Owego NY  13827 • (607) 687-2780