Certificate Number: 17082-PAM-DE-040250334

Bankruptcy Case Number: 25-03022


17082-PAM-DE-040250334

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2025, at 7:18 o'clock PM MST, JAMES J BANGHART Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 28, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director