# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James J. Banghart Jr., aka James Joseph Banghart Jr., aka James Joseph Banghart, aka James J Banghart, aka James Banghart, **Debtor 1** | Chapter 7 <br><br> Case No. 5:25–bk–03022–MJC |

Social Security No.:
xxx–xx–8016

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 23, 2026

**fnldecac** (05/18)