United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
James J. Banghart, Jr.  
    Debtor

Case No. 25-03022-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Jan 23, 2026      Form ID: 318      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol      Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Banghart, Jr., 143 Seneca Trl, Dingmans Ferry, PA 18328-9182 |
| 5752361 | + | Jennifer Albright, 79 Hemlock Drive, Jim Thorpe, PA 18229-9598 |
| 5752363 | + | Luis Sierra, 58 Pittston Ave, Pittston, PA 18640-3725 |
| 5752364 | + | Michael H Kaliner, Esq., Strafford Office Buildings, Suite 120, 200 Eagle Road, Wayne, PA 19087-3115 |
| 5752371 | | Orlans PC, PO Box 5041, Troy, MI 48007-5041 |
| 5752372 | | Peoples Security Bank and Trust Company, 82 Franklin Ave, Hallstead, PA 18822-9780 |
| 5752377 | + | The MB&W Building, 26000 Cannon Road, Cleveland, OH 44146-1807 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5752347 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 23 2026 18:50:36 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5752348 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2026 18:41:00 | Apple Card/GS Bank USA, Lock Box 6112, P.O Box 7247, Philadelphia, PA 19170-6112 |
| 5752349 | | Email/Text: bk@avant.com | Jan 23 2026 18:41:00 | Avant/Webbank, 222 N La Salle St. Ste 1700, Chicago, IL 60601-1101 |
| 5752350 | | EDI: CITICORP | Jan 23 2026 23:41:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 5752351 | | EDI: CAPITALONE.COM | Jan 23 2026 23:41:00 | Capital One/Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5752352 | + | EDI: CITICORP | Jan 23 2026 23:41:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5752353 | + | Email/Text: mediamanagers@clientservices.com | Jan 23 2026 18:41:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5752354 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 18:50:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5752355 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 18:41:00 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5752356 | | Email/Text: dht@pacollections.com | Jan 23 2026 18:41:00 | Demetrios H. Tsarouhis, Esq., 21 S. 9th St., Ste. 200, Allentown, PA 18102-4861 |
| 5752357 | + | EDI: CITICORP | Jan 23 2026 23:41:00 | Goodyear Tire/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5752358 | | ^ MEBN | Jan 23 2026 18:38:11 | Indebted, P.O Box 1201, Farmington, MO 63640-4128 |
| 5752362 | | EDI: JPMORGANCHASE | Jan 23 2026 23:41:00 | JPMCD Card Services, P.O Box 15369, Wilmington, DE 19850-5369 |
| 5752359 | | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 23 2026 18:37:57 | January Technologies, Inc, 176 Grand Street, 4th Floor, New York, NY, NY 10013-3786 |
| 5752368 | ^ | MEBN | | |
| | | | Jan 23 2026 18:37:59 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5752366 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 18:41:00 | Midland Credit Management, 320 E Big Beaver Rd. Suite 300, Troy, MI 48083-1271 |
| 5752367 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 18:41:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5752365 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 18:41:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5752370 | ^ | MEBN | Jan 23 2026 18:38:08 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 5752373 | | Email/Text: ProsperBK@prosper.com | Jan 23 2026 18:41:00 | Prosper Funding LLC, P.O Box 886081, Los Angeles, CA 90088 |
| 5752374 | + | Email/Text: ngisupport@radiusgs.com | Jan 23 2026 18:41:00 | Radius Global Solutions, P.O Box 390905, Minneapolis, MN 55439-0905 |
| 5752375 | + | Email/Text: ngisupport@radiusgs.com | Jan 23 2026 18:41:00 | Radius Global Solutions LLC, 7831 Glenroy Rd, Minneapolis, MN 55439-3117 |
| 5752376 | + | EDI: SYNC | Jan 23 2026 23:41:00 | Synchrony Bank/Paypal, PO Box 960080, Orlando, FL 32896-0080 |
| 5752378 | + | Email/Text: accountservicing@trueaccord.com | Jan 23 2026 18:41:00 | True Accord, 16011 College BLVD, Suite 130, Lenexa, KS 66219-9877 |
| 5752379 | | Email/Text: BAN5620@UCBINC.COM | Jan 23 2026 18:41:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5752380 | | EDI: G2RSVELOCITY | Jan 23 2026 23:41:00 | Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |
| 5752380 | | Email/Text: bnc_4301@velocityrecoveries.com | Jan 23 2026 18:41:00 | Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |
| 5752381 | + | EDI: VERIZONCOMB.COM | Jan 23 2026 23:41:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5752382 | + | EDI: WFAUTO | Jan 23 2026 23:41:00 | Wells Fargo Bank N.A, PO Box 71092, Charlotte, NC 28272-1092 |
| 5752383 | + | EDI: WFFC2 | Jan 23 2026 23:41:00 | Wells Fargo Card Services, P.O Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5752360 | *+ | January Technologies, Inc, 176 Grand Street, 4th Floor, New York, Ny , NY 10013-3786 |
| 5752369 | *+ | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5752384 | * | Wells Fargo Card Services, P.O Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 James J. Banghart Jr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James J. Banghart Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−8016<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25−bk−03022−MJC | |

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James J. Banghart Jr.
aka James Joseph Banghart Jr., aka James Joseph Banghart, aka James J Banghart, aka James Banghart

**By the court:**

1/23/26

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**